Query    Reports    Utilities    Help    What's New    Log Out

**CLOSED**

# U.S. District Court
## Western District of Kentucky (Louisville)
### CRIMINAL DOCKET FOR CASE #: 3:25-mj-00481-RSE All Defendants

Case title: USA v. Rivers

Date Filed: 08/14/2025

Other court case number: 1:25-mj-645-SKB Southern District of Ohio

Date Terminated: 08/14/2025

Assigned to: Magistrate Judge Regina S. Edwards

## Defendant (1)

| | | |
|---|---|---|
| **Ishwanzya Rivers**<br>*TERMINATED: 08/14/2025* | represented by | **Angela M. Rea**<br>Western Kentucky Federal Community Defender, Inc.<br>629 Fourth Avenue, Suite 200<br>Louisville, KY 40202<br>502-584-0525<br>Fax: 502-584-2808<br>Email: angela_rea@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Removal from SD/OH | |

---

## Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Erwin Roberts (USA)**<br>U.S. Attorney's Office - Louisville<br>Criminal Division<br>717 West Broadway<br>Louisville, KY 40202<br>502-779-2755<br>Fax: 502-582-5067<br>Email: erwin.roberts@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/14/2025 | | Arrest (Rule 5) of Ishwanzya Rivers. (SMJ) (Entered: 08/14/2025) |
| 08/14/2025 | 1 | Rule 5 Documents Received from Southern District of Ohio, Case Number 1:25-mj-645-SKB as to Ishwanzya Rivers. (SMJ) (Entered: 08/14/2025) |
| 08/14/2025 | 2 | ORDER ON INITIAL APPEARANCE (EBOC) for proceedings held before Magistrate Judge Regina S. Edwards: Initial Appearance in Rule 5(c)(3) Proceedings as to Ishwanzya Rivers held on 8/14/2025. The defendant advised the Court that she would retain counsel for future proceedings and waived the right to any preliminary hearing in the Western District of Kentucky. The United States did not move for the detention of the defendant. The defendant is released on her own recognizance, with conditions, to appear on 8/21/2025 at 1:30 p.m. before Magistrate Judge Litkovitz at the United States District Court, 100 East Street, Courtroom 708, Cincinnati, Ohio 45202. (Court Reporter: Digitally Recorded) cc: AUSA, FD, USP, USM, SDOH (SMJ) <br><br>NOTICE TO RECEIVING COURT OF CRIMINAL CASE TRANSFER<br><br>NOTICE to Southern District of Ohio of a Rule 5 Initial Appearance as to defendant Ishwanzya Rivers. Your case number is 1:25-mj-645-SKB. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. If you require certified copies of any documents, please send a request to KYWDml_CRAssignment@kywd.uscourts.gov. (Entered: 08/14/2025) |